IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01496-MSK-MEH

WATERSHED LLC, a Republic of Seychelles limited liability company,

     Plaintiff,

v.

COLUMBUS LIFE INSURANCE COMPANY, an Ohio corporation,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 26, 2010.**

     The Joint Motion for Approval of Protective Order Concerning Confidential Documents [filed April 23, 2010; docket #25] is **granted**. The Protective Order Concerning Confidential Documents is issued and filed contemporaneously with this minute order.