IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01496-MSK-MEH

WATERSHED LLC, a Republic of Seychelles limited liability company,

    Plaintiff,

v.

COLUMBUS LIFE INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 14, 2011.**

    Plaintiff's partially unopposed Renewed Motion to Strike, or in the Alternative, to Take Discovery Pursuant to Fed. R. Civ. P. 56(d)(2) [filed February 9, 2011; docket 70] is **granted in part and denied in part**. On or before February 23, 2011, Plaintiff may take a deposition, no longer than three hours in length, of David Overley concerning his three-page affidavit produced by Defendant in support of its summary judgment motion. Defendant shall be responsible for the costs of the deposition, which do not include attorney's fees. Plaintiff may file a brief supplement to its response to Defendant's motion for summary judgment concerning any information discovered from Mr. Overley's deposition on or before February 28, 2011.

    Plaintiff's Motion to Strike, or in the Alternative, to Take Discovery Pursuant to Fed. R. Civ. P. 56(d)(2) [filed February 3, 2011; docket #62] is **denied as moot**.

    For the same reasons set forth in Judge Krieger's February 10, 2011 order [docket #90], Plaintiff's Motion to File Documents Under Seal [docket #63] will be taken under advisement pending the filing of a supplement with an adequate showing that sealing the document concerning Mr. Altrogge is justified.