IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01496-MSK-MEH

WATERSHED LLC, a Republic of Seychelles limited liability company,

    Plaintiff,

v.

COLUMBUS LIFE INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 9, 2011.**

Before the Court is Defendant's Motion for Leave to File Supplemental [Reply] Brief [filed March 3, 2011; docket #115]. Plaintiff opposes the motion as inappropriate since permission for Plaintiff to file a supplementary response brief was arguably granted as a disciplinary sanction. However, the Court finds, in the interest of justice, that Defendant should be permitted to file a reply brief addressing Plaintiff's supplemental response.

The Court notes that, although Defendant likened this circumstance to a request to file a surreply, the Defendant wholly failed to attach a proposed brief as is typically required when seeking permission to file a "surreply." The Court would have discretion to deny the motion without prejudice on this point alone; however, it has been more than five months since the Defendant filed the present motion. In the interests of timeliness and efficiency, the Court will allow the Defendant to file a supplemental reply brief under certain time and scope limitations.

The motion is **granted in part and denied in part** as follows. On or before August 16, 2011, the Defendant may file a supplemental reply brief responding only to those issues raised in Plaintiff's supplemental response brief. The Defendant's brief may not exceed ten pages in length.